Gary WHITLATCH, Claimant–Appellee,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 2004–7169.

United States Court of Appeals,
Federal Circuit.

March 5, 2008.

Gary Whitlatch, pro se.

Before PROST, Circuit Judge,
FRIEDMAN, Senior Circuit Judge, and
MOORE, Circuit Judge.

PER CURIAM.

### ORDER

The Secretary of Veterans Affairs re-
sponds to the court's December 3, 2007
order and requests that the court sum-
marily affirm the judgment of the United
States Court of Appeals for Veterans
Claims in *Whitlatch v. Principi,* 02–376
(June 3, 2004).

The Board of Veterans' Appeals denied
Gary Whitlatch's claim for service connec-
tion for somatoform pain disorder. The
Court of Appeals for Veterans Claims va-
cated the Board's decision and remanded
the case to the Board, and the Secretary
appealed.

This case was stayed pending the court's
disposition in *Roan v. Principi,* 2004–7093,
which was stayed pending the court's dis-
position in *Sanders v. Nicholson,* 487 F.3d
881 (Fed.Cir.2007), and its companion case
*Simmons v. Nicholson,* 487 F.3d 892 (Fed.
Cir.2007). In *Sanders,* this court held that
any 38 U.S.C. § 5103(a) error should be
presumed prejudicial and the Secretary
has the burden of rebutting this presump-
tion. *Id.* at 891.

The court agrees that summary affir-
mance of the judgment vacating and re-
manding to the Board is appropriate in
light of our decisions in *Simmons* and
*Sanders.*

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted.

(2) The judgment of the Court of Ap-
peals for Veterans Claims is summarily
affirmed. The case is remanded.

(3) Each side shall bear its own costs.